**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA**

      **Plaintiff,**

**v.**

**ERICKA ROLAND**

      **Defendants.**                       **Case No. 05-CR-30082-DRH**

**<u>ORDER</u>**

**HERNDON, Chief Judge:**

      Before the Court is a letter from Defendant which the Court has construed as a Motion to Reconsider (Doc. 17), in which she requests the Court reconsider its order revoking her probation previously imposed and sentencing her to the custody of the BOP for a period of six months (allowing her to self-surrender when notified) (Docs. 15 & 16). Defendant states that she will have no one to care for her children if she is incarcerated. The Court has consulted with the Probation Office and has been informed that there are adequate safeguards in place for the care of Defendant's children while she is incarcerated. Therefore, the Court finds that the objectives of the sentencing statutes have not been overcome by the Defendant's argument in her Motion, particularly in the light of the Probation Office's measures

to see that Defendant's children are cared for the six month period of her impending incarceration.  Accordingly, Defendant's Motion to Reconsider (Doc. 17) is **DENIED**.

        **IT IS SO ORDERED**.

        Signed this 12th day of March, 2010.

                /s/   David R Herndon

                **Chief Judge**
                **United States District Court**